JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DISCOVERORG DATA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>RPN NETWORKS, a California corporation, and RYAN NAFF, an individual,<br><br>    Defendants. | Case No. 8:19-cv-02254 JLS (KESx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

BASED UPON the stipulation of the parties to dismiss all claims in this action,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without attorneys' fees or costs to any party.

DATED: March 4, 2020

                                                JOSEPHINE L. STATON
                                                United States District Judge